AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| CRAIG O'NEAL PYATT | CASE NUMBER: 3:09-cr-3-J-25JRK |
| | USM NUMBER: 19621-058 |

2009 JUL 10 A 7 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Defendant's Attorney: Sylvia Irvin, Esq. (pda)

## THE DEFENDANT:

__X__ Defendant admitted guilt to violation of Allegation number(s) __1__ of the terms of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Failure to comply with the Home Detention Program in violation of the Special Condition of Supervised Release | March 15, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant's terms of supervised release are hereby modified.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 2, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July __2__, 2008

## SUPERVISED RELEASE

The defendant shall continue on the same terms and conditions of supervised release as previously imposed in the Western District of North Carolina.

## MODIFICATION OF SUPERVISED RELEASE

**The defendant shall perform an <u>additional 50 hours</u> of community service.**